IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ERNEST TERRELL FRIAR, JR.**                                                                                **PLAINTIFF**
ADC #660122

v.                              **CASE NO. 3:21-CV-00068-BSM**

**NEWPORT POLICE DEPARTMENT,** *et al.*                                                **DEFENDANTS**

## ORDER

Ernest Friar's complaint [Doc. No. 1] is dismissed without prejudice because he has not paid the $402 filing fee or established imminent danger. *See* Doc. No. 5; LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 19th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE