IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ERNEST TERRELL FRIAR, JR.**                                                               **PLAINTIFF**
**ADC #660122**

v.                              **CASE NO. 3:21-CV-00068-BSM**

**NEWPORT POLICE DEPARTMENT**, *et al.*                                   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE